﻿Citation Nr: AXXXXXXXX
Decision Date: 11/13/18 Archive Date: 11/13/18

DOCKET NO. 180613-301
DATE: November 13, 2018
REMANDED
Entitlement to service connection for residuals of an eye injury, claimed as ocular histoplasmosis syndrome, is remanded.
REASONS FOR REMAND
The Veteran served on active duty from November 1979 to July 1982. 
On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law creates a new framework for Veterans dissatisfied with VA’s decision on their claim to seek review. The Board is honoring the Veteran’s choice to participate in VA’s test program RAMP, the Rapid Appeals Modernization Program. 
1. Entitlement to service connection for residuals of an eye injury, claimed as ocular histoplasmosis syndrome is remanded.
The issue of entitlement to service connection for residuals of an eye injury, claimed as ocular histoplasmosis syndrome, is remanded to correct a duty to assist error that occurred prior to the May 2018 rating decision on appeal. The Agency of Original Jurisdiction (AOJ) did not obtain a VA examination prior to the May 2018 rating decision on appeal. However, based on the evidence associated with the claims file prior to the May 2018 rating decision, the Board finds that a VA examination and medical opinion is required to determine whether the Veteran’s residuals of an eye injury, claimed as ocular histoplasmosis syndrome, is related to service. 
In-service treatment records reflect that the Veteran sought treatment in January 1980 for blurry vision after getting bitten over the right eye. She sought treatment again in August 1980 for pain around her eyes with some blurred vision of four days duration. Current treatment records show treatment for ocular histoplasmosis syndrome. A VA examination should have been obtained prior to issuance of the May 2018 rating decision. 38 U.S.C. § 5103A(d); McLendon v. Nicholson, 20 Vet. App. 79 (2006). 
The matter is REMANDED for the following action:
Arrange for the Veteran to undergo a VA examination to determine the nature and etiology of her residuals of an eye injury, claimed as ocular histoplasmosis syndrome. Any necessary testing should be conducted. The claims file must be reviewed in conjunction with the examination, and the examiner must indicate that such review occurred. 
The examiner should provide a well-reasoned opinion on:
Whether it is at least as likely as not (a probability of 50 percent or greater) that any diagnosed eye disability had its clinical onset during the Veteran’s active duty service or is otherwise etiologically related to her period of active service. 
Any opinion(s) offered should be accompanied by a clear rationale consistent with the evidence of record. The examiner must specifically discuss the January 1980 and August 1980 in-service treatment for eye complaints. If the examiner finds it impossible to provide any requested opinions without resort to speculation, he or she should so indicate and explain why such a finding is made.
 
CAROLINE B. FLEMING
Veterans Law Judge
Board of Veterans’ Appeals
ATTORNEY FOR THE BOARD A.M. Clark, Counsel